**Electronically Filed
Supreme Court
SCWC-23-0000365
03-MAR-2026
09:05 AM
Dkt. 7 ODAC**

SCWC-22-0000365

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I,
Respondent/Plaintiff-Appellee,

vs.

KENNETH EDWARD TEXEIRA,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-22-0000365; CASE NO. 3DTC-21-026478)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ.,
and Circuit Judge Costa, assigned by reason of vacancy)

Petitioner Kenneth Edward Texeira's Application for

Writ of Certiorari, filed on January 20, 2026, is hereby

rejected.

DATED:  Honolulu, Hawai‘i, March 3, 2026.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Brian A. Costa

